**FILED**

March 24, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )          Case No. MAG.08-0103-EFB
             Plaintiff,         )
                                )          ORDER FOR RELEASE OF
v.                              )          PERSON IN CUSTODY
                                )
NICHOLAS PETER HANES,           )
                                )
             Defendant.         )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release NICHOLAS PETER HANES, Case No. MAG.

08-0103-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

   _X_   Release on Personal Recognizance

   ____   Bail Posted in the Sum of: $

        ____   Unsecured Appearance Bond

        ____   Appearance Bond with Surety

        _X_   (Other) Conditions as stated on the record.

        ____   (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _03/24/08_ at $2.44 pm$

By _____
Edmund F. Brennan
United States Magistrate Judge