```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY,#214897
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700
 5
 6
 7  Attorney for Defendant
    NICOLAS P. HANES
 8
 9
10
11              IN THE UNITED STATES DISTRICT COURT
12             FOR THE EASTERN DISTRICT OF CALIFORNIA
13                                  )
                                    )
14  UNITED STATES OF AMERICA,       ) Mag. 08-103-EFB
                                    )
15              Plaintiff,          )
                                    ) STIPULATION AND ORDER TO CONTINUE
16       v.                         )
                                    ) Judge: Hon. Edmund F. Brennan
17  NICOLAS P. HANES,               )
                                    ) DATE: June 3, 2008
18              Defendant.          ) TIME: 10:00 a.m.
19  _____
20
21
22       The United States of America, through MATTHEW C. STEGMAN, Assistant
23  United States Attorney, together with defendant, NICOLAS P. HANES, by and
24  through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders
25  / / /
26  / / /
27  / / /
28  / / /
```

1  Office, hereby stipulate to continue the court trial set for May 6, 2008
2  to June 3, 2008 at 9:00 a.m.  This continuance is requested because
3  defense counsel needs additional time to investigate and obtain
4  documents.

5  Dated: April 28, 2008                 Respectfully submitted,

6                                        DANIEL J. BRODERICK
                                         Federal Defender
7

8                                        /s/  Benjamin D. Galloway
                                         _____
9                                        BENJAMIN D. GALLOWAY
                                         Staff Attorney
10                                       Attorneys for Defendant
                                         KARL KERSTER
11

12
   Dated: April 28, 2008                 McGREGOR W. SCOTT
13                                       United States Attorney

14                                       /s/ Matthew Stegman
                                         _____
15                                       MATTHEW STEGMAN
                                         Assistant U.S. Attorney
16

17
                                 **O R D E R**
18

19
   IT IS SO ORDERED.
20
   Dated: May 1, 2008.
21                                       EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

2